PROB 12C
(Rev. 8/18)

# UNITED STATES DISTRICT COURT
for the
### District of New Hampshire

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   William Soltan                                                             Case Number:   16-CR-144-01-JL

Name of Sentencing Judicial Officer:     Honorable Joseph N. Laplante

Date of Original Sentence:     7/5/2017

Original Offense:   Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a)

Original Sentence:     12 months and 1 day of imprisonment; 5 years of supervised release

Revocation:           1/29/2019 – Time served imprisonment (244 days); 5 years of supervised release
2nd Revocation:     5/28/2019 – 8 months of imprisonment; 30 months of supervised release

Type of Supervision:   Supervised release              Date Supervision Commenced:     01/08/2020

Assistant U.S. Attorney:   Charles Rombeau Esq.           Defense Attorney:   Dorothy Graham, Esq.

---

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons
☐ Other:

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Special Condition:** <u>You must participate in a sex offense-specific treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay for the cost of the program to the extent you are able, as determined by the probation officer</u>. On or about December 14, 2020, the defendant failed to attend a scheduled outpatient sex-offense treatment program session via telehealth.<br><br>Evidence in support of this charge includes correspondence received from the treatment program provider, RTT Associates, which indicates that the defendant failed to attend a required session on December 14, 2020. |
| 2 | **Violation of Standard Condition #9:** <u>If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours</u>. On or about January 9, 2021, in Billerica, MA, the defendant was questioned by members of the Billerica Police Department regarding a domestic incident, and he failed to report said questioning to the probation officer as required. |

Evidence in support of this charges includes 1) a police report, completed by members of the Billerica Police Department, which details that the defendant was questioned regarding a domestic incident on January 9, 2021; 2) the probation officer's testimony that the defendant failed to notify the probation officer about this questioning within 72 hours of January 9, 2021; and 3) the probation officer's testimony that, on January 15, 2021, the defendant admitted this failure to notify.

3   **Violation of Standard Condition #3:**  <u>You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the Court or the probation officer</u>.  On or about January 15, 2021, the defendant traveled to Pennsylvania without the permission of the Court or the probation officer.

Evidence in support of this charge includes the probation officer's testimony about 1) the defendant's admission to traveling to Pennsylvania on or about January 15, 2021, and not seeking the probation officer's permission before said travel; 2) a verbal statement by the defendant's sister, Amy Soltan, that the defendant had traveled to Pennsylvania on or about January 15, 2021; and 3) a verbal statement from the defendant's girlfriend, Courtney Tomlin, that the defendant had traveled to Pennsylvania and was still there as of February 1, 2021.

4   **Violation of Standard Condition #2:**  <u>After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed</u>.  On or about January 21, 2021, the defendant failed to report to the probation officer as previously directed on January 19, 2021.

Evidence in support of this charge includes the probation officer's testimony that he directed the defendant to report by telephone on the morning of January 21, 2021, and that the defendant failed to do so.

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for  years, for a total term of  years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted by,

/s/ *Steven R. Seero*
Steven R. Seero
Special Offender Specialist
603-226-7318
Date: 2/1/2021

Reviewed & Approved by:

/s/ *Christopher H. Pingree*
Christopher H. Pingree
Supervisory U.S. Probation Officer
603-226-7315

THE COURT ORDERS:

☐ No action

☒ The issuance of a warrant. Petition and issuance of the warrant to remain sealed pending arrest.

☐ The issuance of a summons.

☐ Other:

Andrea K. Johnstone
United States Magistrate Judge
_____
Signature of Judicial Officer

2/3/2021
_____
Date